GAS 245D      Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Savannah Division

U.S. DISTRICT COURT
SAVANNAH DIV.
2017 JUL 17 PM 1:59

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Jeremy L. Spurlock | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number:  4:08CR00267-1<br>USM Number:  31492-034 |
| Date of Original Judgment or Date of Last Amended Judgment<br>Reason for Amendment: July 27, 2011<br>[X] Correction of Sentence for Clerical Mistake<br>(Fed.R.Crim.P. 36) | Laura G. Hastay<br>Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violation of standard, mandatory, and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to work regularly at a lawful occupation and was not excused by the probation officer for schooling, training, or other acceptable reasons (standard condition). | 01-24-11 |

*See page 2 for additional violations*

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's SSN: 1749

Defendant's Year of Birth: 1984

City and State of Defendant's Residence:
Poplarville, Mississippi

July 13, 2017
Date of Imposition of Judgment

_/s/ M. Smith_
Signature of Judge

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Name and Title of Judge

7-17-17
Date

DEFENDANT: Jeremy L. Spurlock
CASE NUMBER: 4:08CR00267-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to perform community service (special condition). | 01-24-11 |
| 3 | The defendant failed to adhere to a payment schedule established at the time of release from imprisonment for the payment of a fine or restitution obligation that remained unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set by the Court (mandatory condition). | 01-24-11 |
| 4 | The defendant committed another Federal, state, or local crime (mandatory condition). | 03-15-11 |
| 5 | The defendant failed to refrain from excessive use of alcohol (standard condition). | 03-15-11 |

DEFENDANT:       Jeremy L. Spurlock
CASE NUMBER:     4:08CR00267-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>12 months.</u>

☐   The Court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m. on _____.

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____.

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: Jeremy L. Spurlock Generation
CASE NUMBER: 4:08CR00267-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet___.

|          | Assessment | JVTA Assessment * | Fine | Restitution |
|----------|------------|-------------------|------|-------------|
| TOTALS   | $0         | $0                | $0   | $0          |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---------------|--------------|---------------------|------------------------|
|               |              |                     |                        |

TOTALS   $ _____   $ _____

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Justice for Victims of trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.